Lawrence D. Murray (SBN 077536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel: (415) 673-0555
Fax: (415) 928-4084

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WALKER, GWENDOLYN HARVEY-NOTO, FELISHA THOMAS, JENNIFER KEETON, OLGA KINCADE, EMIKO THEODORIDIS, MATTIE SPIRES-MORGAN, and JEREMY DEJUSUS,<br><br>    Plaintiffs,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendants. | CV 08 2406<br><br>NOTICE OF RELATED CASE<br><br>PJH |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

Please take notice that this action is related to a pending action in this court, specifically *Ambat, et al. vs. City and County of San Francisco*, United States District Court, Northern District of California, Case No. 3:07-cv-03622 SI. Both of these actions involve the same defendant and involve the same circumstances giving rise to each lawsuit.

DATED: May 9, 2008

Respectfully submitted,

MURRAY & ASSOCIATES

LAWRENCE D. MURRAY
Attorney for Plaintiffs

---

**WALKER et al. v. CCSF**   United States District Court, Northern District of California   Page 1
Notice of Related Case