1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
3 | MARGARET W. BAUMGARTNER, State Bar #151762
JILL J. FIGG, State Bar #168281
4 | RAFAL OFIERSKI, State Bar # 194798
Deputy City Attorneys
5 | Fox Plaza
1390 Market Street, 5th Floor
6 | San Francisco, California 94102-5408
Telephone:    (415) 554-3859
7 | Facsimile:    (415) 554-4248
E-Mail:    margaret.baumgartner@sfgov.org
8
Attorneys for Defendants:
9 | CITY and COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WALKER, GWENDOLYN HARVEY-NOTO, FELISHA THOMAS, JENNIFER KEETON, OLGA KINCADE, EMIKO THEODORIDIS, MATTIE-SPIRES-MORGAN, and JEREMY DEJESUS,<br><br>            Plaintiffs,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Defendants. | Case No. C08-02406 PJH<br><br>NOTICE OF APPEARANCE OF COUNSEL |

1 **PLEASE TAKE NOTICE** that Deputy City Attorney Margaret W. Baumgartner has been assigned to represent Defendant City and County of San Francisco in this action.

All future pleadings and communications should be sent to Deputy City Attorneys Margaret W. Baumgartner, Jill Figg and Rafal Ofierski.

Dated: July 1, 2008

                                  DENNIS J. HERRERA
                                  City Attorney
                                  ELIZABETH S. SALVESON
                                  Chief Labor Attorney
                                  MARGARET BAUMGARTNER
                                  JILL J. FIGG
                                  RAFAL OFIERSKI
                                  Deputy City Attorney

                            By: /s/Margaret W. Baumgartner_____
                                  MARGARET W. BAUMGARTNER

                                  Attorneys for Defendants
                                  CITY AND COUNTY OF SAN FRANCISCO, et. al.