Lawrence D. Murray (SBN 077536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA  94123
Tel:    (415) 673-0555
Fax:    (415) 928-4084

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WALKER, GWENDOLYN HARVEY-NOTO, FELISHA THOMAS, JENNIFER KEETON, OLGA KINCADE, EMIKO THEODORIDIS, MATTIE SPIRES-MORGAN, and JEREMY DEJUSUS,<br><br>    Plaintiffs,<br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendants. | No.  CV-08-2406-PJH<br><br>**ADR CERTIFICATION** |

Plaintiffs PAMELA WALKER, et al. file the following ADR Certificate:

The parties have agreed to non-binding mediation and to a settlement conference before a magistrate judge.

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL:**

**Pursuant to Civ.L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site found at: www.adr.cand.uscourts.gov, and/or discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.**

Dated: July 29, 2008                          MURRAY & ASSOCIATES


                                    By:  /s/_____
                                            Lawrence D. Murray
                                            Attorney for Plaintiffs