UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: August 14, 2008     JUDGE: Phyllis J. Hamilton

Case No: C-08-2406 PJH

Case Name: Pamela Walker v. City and County of San Francisco

Attorney(s) for Plaintiff:     Christina Johnson
Attorney(s) for Defendant:     Margaret Baumgartner

Deputy Clerk: Nichole Heuerman     Court Reporter: Not Reported

PROCEEDINGS

    Initial Case Management Conference-Held. The parties inform the court that this case is related to C 07-3622 SI. The court to issue referral for purpose of determining relationship. If the cases are not related the parties shall appear for a further case management conference on 9/18/08 at 2:30 p.m.

Order to be prepared by:    [] Pl [] Def [x] Court

Notes:

cc: file